ACCEPTED
01-15-00650-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/9/2015 2:18:14 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-15-00650-CR

| | | |
|---|---|---|
| MICHAEL JAMES GUERRA, | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| VS. | § | IN HOUSTON, TEXAS |
| | § | |
| THE STATE OF TEXAS, | § | 1ST JUDICIAL DISTRICT |
| Appellee | | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/9/2015 2:18:14 PM
CHRISTOPHER A. PRINE
Clerk

**MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, MICHAEL JAMES GUERRA Appellant, and files this Motion for Extension of Time to File Appellant's Brief, pursuant to Rules 10.5(b) and 38.6(d), Texas Rules of Appellate Procedure. In support of this Motion, Appellant would show the following:

I.

Appellant's brief is currently due to be filed on December 18, 2015. Counsel for Appellant requires an extension of sixty (60) days within which to complete and file Appellant's brief in this cause. This is Appellant's first request for extension of time.

II.

Counsel for Appellant has worked diligently on the brief since receiving the record, but has been unable to complete it based on the incomplete record and for the following reasons:

1. On November 19, 2015, Counsel for Appellant appeared in the case styled *Ex Parte Said Acosta*, in the County Criminal Court at Law No. 7 of Harris County, Texas, the Honorable Pam Derbyshire presiding.

2. On November 20, 2015, Counsel attended a Continuing Legal Education Course titled the Annual Donald Davis Seminar: Dealing with the Practice.

3. On November 25, 2015, Counsel for Appellant appeared for a Petition for Non-Disclosure hearing in the County Criminal Court at Law No. 9 of Harris County, Texas, the Honorable Analia Wilkerson presiding.

4. On November 26, 2015 and November 27, 2015, Counsel's law office was closed for the Thanksgiving holiday.

5. From November 29, 2015 until December 6, 2015, Counsel was out of the country on a prepaid vacation.

6. On December 9, 2015, Counsel for Appellant appeared for a Petition for Non-Disclosure hearing in the 337th Judicial District Court, the Honorable Renee Magee presiding.

This request is not made for the purpose of delay, but rather this request is made to allow counsel adequate time to prepare Appellant's Brief. Appellant moves this Court for an order granting an extension of sixty (60) days, or until February 16, 2016, for Appellant to submit the brief in this case.

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court for an order granting an extension of sixty (60) days, for Appellant to submit the brief in this case.

Respectfully submitted,


/s/ *Brittany Carroll Lacayo*
BRITTANY CARROLL LACAYO
TBA No. 24067105
212 Stratford St.
Houston, Texas 77006
Telephone: (713) 504-0506
Facsimile: (832) 442-5033
Email: Brittany@bcllawfirm.com

COUNSEL FOR APPELLANT,
MICHAEL JAMES GUERRA

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9 of the Texas Rules Appellate Procedure, the undersigned counsel of record certifies that the motion contains 345 words.

/s/ *Brittany Carroll Lacayo*
BRITTANY CARROLL LACAYO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Brief was delivered via facsimile to the Harris County District Attorney's Office, Appellate Division, on this the 9th day of December 2015.

/s/ *Brittany Carroll Lacayo*
BRITTANY CARROLL LACAYO

CAUSE NO. 01-15-00650-CR

MICHAEL JAMES GUERRA,       §       IN THE COURT OF APPEALS
    Appellant                   §
VS.                          §       IN HOUSTON, TEXAS
                                §
THE STATE OF TEXAS,          §       1ST JUDICIAL DISTRICT
    Appellee

## <u>ORDER</u>

On this the _____ day of _____, 201___, came on to be heard the

Appellant's Motion for Extension of Time to File Appellant's Brief and the Court is

of the opinion that this Motion should be:

GRANTED, and the deadline for filing the Appellant's brief in Cause No. 01-

15-00650-CR is extended to _____, 201__.

DENIED, to which action of the Court the Appellant objects.

SIGNED this the _____ day of _____, 201__.


                            _____
                            JUDGE PRESIDING